PHILIP LO, ESQ.
Nevada Bar No. 12253
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (949) 255-6987
Facsimile: (702) 255-2858
E-Mail: plo@grsm.com

*Attorney for Defendant Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY ROHDE, <br><br> Plaintiff, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | CASE NO.: 2:24-cv-00073-GMN-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant Portfolio Recovery Associates, LLC ("Defendant"), pursuant to FRCPA 41(a), by and through its attorney of record, Philip H. Lo of Gordon, Rees, Scully Mansukhani LLP, and Plaintiff Jeremy Rohde, by and through his attorney of record, Matthew I. Knepper, of Krieger Law Group, LLC, hereby stipulate that all of Plaintiff's claims against Defendant in this matter be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 6th day of March 2024.                    DATED this 6th day of March 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**                **KRIEGER LAW GROUP, LLC**

*/s/ Philip Lo, Esq.*                                 */s/ Matthew I. Knepper*
PHILIP LO, ESQ.                                       MATTHEW I. KNEPPER
Nevada Bar No. 12253                                  Nevada Bar No. 12796
300 South 4th Street, Suite 1550                      5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89101                               Las Vegas, NV 89148
*Attorney for Defendant*                              *Trustee for Krieger Law Group, LLC*

-1-

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that the above-captioned matter be dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2024

Case No.: 2:24-cv-00073-GMN-DJA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of March, 2024, and pursuant to Fed. R. Civ. Pro. 5, I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** upon those persons designated by the parties in the E-Service Master List, as follows:

David H. Krieger
Krieger Law Group, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, NV 89148
Telephone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com

*Attorney for Plaintiff Jeremy Rohde*

*/s/ Melanie Eyler*
An Employee of GORDON REES SCULLY MANSUKHANI, LLP